V. J. Gardner and F. K. Gardner, her husband, and B. H. Pyke, Plaintiffs in Error, v. The Teutonia Insurance Company of New Orleans, Louisiana, Defendant in Error.

### Division B.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

Hartridge & MacDonell for plaintiffs in error.

A. W. Cockrell & Son for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Writ of error dismissed on account of a defective certificate to the transcript of record.